[No. 16551–8–I.   Division One.   February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
CHARLES BLISS II, *Defendant,* STEVEN MICHAEL
SMATHERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–00026–5, Stephen M. Reilly, J., entered
May 28, 1985. *Affirmed* by unpublished opinion per Schol-
field, C.J., concurred in by Coleman and Webster, JJ.

[No. 16288–8–I.   Division One.   February 2, 1987.]

*In the Matter of the Marriage of* TERRY READ ALLSOP,
*Petitioner, and* JON IVOR ALLSOP,
*Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 83–3–00703–8, Elizabeth M. Balas, J. Pro
Tem., entered March 8, 1985. *Affirmed in part, reversed in
part,* and *remanded* by unpublished opinion per Kristian-
son, J. Pro Tem., concurred in by Callow and Patrick, JJ.
Pro Tem.

[No. 16530–5–I.   Division One.   February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LEWIS SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–8–00980–2, Robert E. Dixon, J., entered
May 22, 1985. *Dismissed* by unpublished per curiam opin-
ion.